In the Matter of the Petition of ANGELINA SCELSI to Render and Settle Her Account as Administratrix of JOHN SCELSI, Deceased. ANGELINA SCELSI, Administratrix, etc., of JOHN SCELSI, Deceased, Appellant; Dr. VINCENZO SCELSI and BERNARD AUSTIN, as Special Guardian for AGATHA SCELSI, an Infant, etc., Respondents.— Decree of Surrogate's Court of Kings county confirming report of

a referee and allowing a claim in the sum of $1,100 against an estate, representing a loan to decedent during his lifetime, unanimously affirmed, with costs to respondent Scelsi, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.